PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2775
Facsimile: (916) 554-2900
E-mail: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>v.<br><br>WILLIAM C. CANEPA,<br><br>  Respondent. | 2:17-CV-1020-TLN-EFB<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; [PROPOSED] ORDER**<br><br>Taxpayer: **WILLIAM C. CANEPA**<br><br>**OLD HEARING DATE:**<br><br>Date:     July 26, 2017<br>Time:     10:00 a.m.<br>Courtroom: 8 (13th Floor)<br><br>**NEW HEARING DATE:**<br><br>Date:     September 27, 2017<br>Time:     10:00 a.m.<br>Courtroom: 8 (13th Floor) |

Petitioner United States of America hereby requests that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Wednesday, July 26, 2017, at 10:00 a.m., in Courtroom No. 8, before the Honorable Edmund F. Brennan, to Wednesday, September 27, 2017, at 10:00 a.m. The additional time is needed because the Respondent has engaged a power of attorney to represent him before the Internal Revenue Service (IRS). The power of attorney has been in communication with IRS Revenue Officer Cynthia Kallich and has expressed the Respondent's intent to cooperate and provide the records and information necessary to fully comply

with the tax summons at issue in this matter.  If compliance is achieved, then the need for the OSC hearing will become moot.  Petitioner wants to provide the Respondent and his power of attorney this opportunity to cooperate and comply with the tax summons.  A proposed Order is submitted herewith.

                                                                      Respectfully submitted,

DATED:  July 24, 2017                                PHILLIP A. TALBERT
                                                                        United States Attorney

                                                           _signature on original_____
                                                           BOBBIE J. MONTOYA
                                                           Assistant United States Attorney

**ORDER**

       IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued to Wednesday, September 27, 2017, at 10:00 a.m., in Courtroom No. 8.

DATED:  July 24, 2017.                            _____
                                                     UNITED STATES MAGISTRATE JUDGE