MCGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
EDWARD A. OLSEN
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: Edward.Olsen@usdoj.gov

Attorneys for Petitioner United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>          v.<br><br>WILLIAM C. CANEPA,<br><br>                    Respondent. | **2:17-CV-01020-TLN-EFB**<br><br>**ORDER TO DISMISS AND CLOSE CASE** |

Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), ECF 11, the Court DISMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

DATED: June 21, 2018

_____
Troy L. Nunley
United States District Judge

ORDER TO DISMISS AND CLOSE CASE          1